# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### At Greenbelt

| | | | |
|---|---|---|---|
| In Re: | | * | |
| LB WALKER, | | * | |
| | | * | Case No.    19-21966 |
| | | * | Chapter    7 |
| | Debtor. | * | |

***

| | | |
|---|---|---|
| LB WALKER | | * |
| | Movant, | * |
| Vs. | | * |
| ELLIOTT N. LEWIS, TRUSTEE OF THE ELLIOTT N. LEWIS P.A.. (BC) | | * |
| ELLIOTT N. LEWIS, TRUSTEE OF THE ELLIOTT N. LEWIS P.A.. (PG) | | * |
| ELLIOTT N. LEWIS, TRUSTEE OF THE ELLIOTT N. LEWIS P.A.. (DC) | | * |
| | Respondent. | * |

***

## MOTION TO STRIKE APPEARANCE OF ELLIOT N. LEWIS, TRUSTEE IN PROPER PERSON

Comes now Debtor, LB Walker, in Pro Se, and says to the Court as follows:

1. Debtor, LB Walker, commenced this action on September 6, 2019, by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code.
2. Jurisdiction of the Bankruptcy court to hear this motion is provided by 28 U.S.C. Sec 1334.
3. Respondent in the instant bankruptcy case is Elliot N. Lewis, P.A., a non-entity.
4. This Honorable Court, upon consideration of the Motion to Withdraw Appearance filed by Robert Grossbart, in compliance with Local Bankruptcy Rule 9010-4, ORDERED, that the appearance of Robert Grossbart, as counsel of record for Elliot N. Lewis, Trustee of the Elliot N. Lewis, P.A. is stricken.
5. Elliot N. Lewis has filed a Notice of Appearance, In Proper Person, asking the Clerk to enter his appearance in proper person in the above captioned case.
6. Petitioner believe and aver that entities, including limited liability companies, partnerships and trusts, may not appear in Court or sign pleadings, without being represented by an attorney.
7. Individuals proceeding pro se must follow Local Bankruptcy Rules, the Bankruptcy Code, the Federal Rules of Civil procedure, the Federal Rules of Bankruptcy Procedure, and the Local Rules of the Unites States District Court for the District of Maryland. Local Rules, pursuant to 28 U.S.C. Sec 2071(b).
8. The U.S. District Court for the District of Maryland has adopted local rules applicable to proceeding in this district:

    RULE 101. COUNSEL 1. Who May Appear as Counsel; Who May Appear Without Counsel a) Generally Except as otherwise provided in this Rule and in L.R. 112.3 and 28 U.S.C. § 515, only members of the Bar of this Court may appear as counsel in civil cases. Individuals who are parties in civil cases may only represent themselves. Individuals representing themselves are responsible for performing all duties imposed upon counsel by these Rules and all other applicable federal rules of procedure. All parties other than individuals must be represented by counsel.

WHEREFORE, Debtor moves this Court for an Order which would strike the appearance of Elliot N. Lewis as counsel for Elliot N. Lewis P.A. Profit Sharing and or deny the entry of appearance of Elliot N. Lewis, pro se as counsel for Elliot N. Lewis P.A. Profit Sharing, and for such additional or alternative relief as may be just and proper.

DEBTOR:                                           DATE:

_[signature]_                                     12/13/19

## DEBTOR'S DECLARATION

I declare under penalty of perjury that I have read the MOTION TO STRIKE APPEARANCE OF ELLIOT N. LEWIS, TRUSTEE IN PROPER PERSON, consisting of ____four____ sheets, and that information stated therein is true and correct to the best of my knowledge, information, and belief.

Date 12/13/19            Signature: _____

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of Dec, 2019, a copy of LB Walker's (Debtor) MOTION TO STRIKE APPEARANCE OF ELLIOT N. LEWIS, TRUSTEE IN PROPER PERSON, was mailed first class mail, postage prepaid to:

Janet M. Nesse, Bankruptcy Trustee

McNamee, Hosea, et.al.

6411 Ivy Lane, Suite 200

Greenbelt, MD 20770


Elliott N. Lewis, Trustee

Elliott N. Lewis Profit Sharing (BC- Circuit Court for Baltimore City)

111 N. Charles St., 7th Floor

Baltimore, MD 21201


Elliott N. Lewis, Trustee

Elliott N. Lewis Profit Sharing (PG- Circuit Court Prince George's County)

111 N. Charles St., 7th Floor

Baltimore, MD 21201

Elliott N. Lewis, Trustee

Elliott N. Lewis Profit Sharing (DC- Circuit Court for District Of Columbia)

111 N. Charles St., 7th Floor

Baltimore, MD 21201

DEBTOR: *[signature]*

DATE: 12/13/19