Entered: July 28th, 2022
Signed: July 28th, 2022
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **19–21966 – LSS**   Chapter: **7**

**LB Walker**
Debtor

## COURT INSTRUCTION

The relief requested at docket entry 154 is neither granted nor denied. It is hereby ORDERED, that Debtor shall serve the Motion to Reopen [Dkt. No. 154] on all parties in interest and file a certificate of serve showing compliance with this Order within 10 days of the entry of this Order or the Court may deny the Motion to Reopen without further notice or a hearing.

cc:  Debtor
     Attorney for Debtor – PRO SE
     Case Trustee – Janet M. Nesse
     U.S. Trustee

**End of Order**

44x05 (rev. 11/03/2021) – JacobMasters