United States Bankruptcy Court
District of Maryland

In re:                                                          Case No. 19-21966-LSS

LB Walker                                                       Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0 | User: admin | Page 1 of 1
Date Rcvd: Jul 28, 2022 | Form ID: pdfall | Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + LB Walker, 5305 59th Avenue, Riverdale, MD 20737-3211 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jul 28 2022 19:13:00 | US Trustee's Office, 6305 Ivy Ln #600, Greenbelt, MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Janet M. Nesse | jnesse@mhlawyers.com DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,hleaphart@mhlawyers.com,mtaylor@mhlawyers.com,Nesse.JanetR92003@notify.bestcase.com |

TOTAL: 1

Entered: July 28th, 2022
Signed: July 28th, 2022

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:     Case No.: **19–21966 – LSS**     Chapter: **7**

**LB Walker**
Debtor

## COURT INSTRUCTION

The relief requested at docket entry 154 is neither granted nor denied. It is hereby ORDERED, that Debtor shall serve the Motion to Reopen [Dkt. No. 154] on all parties in interest and file a certificate of serve showing compliance with this Order within 10 days of the entry of this Order or the Court may deny the Motion to Reopen without further notice or a hearing.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Janet M. Nesse
      U.S. Trustee

### End of Order

44x05 (rev. 11/03/2021) – JacobMasters