FOR THE DISTRICT OF MARYLAND
GREENBELT

GREENBELT-NIGHT BOX

2022 AUG -5 PM 5:32

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE: LB WALKER, :
:
        Debtor. : Case No.: 19-21966
: Chapter 7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __5TH__ day of __August__, 2022 a true and exact copy of the Motion to Reopen Case was served first class postage pre paid to:

Janet M. Nesse, Bankruptcy Trustee
McNamee, Hosea, et al.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

Wells Fargo Mortgage
P.O. Box 14411
Des Moines, IA 50306

Neil Seldman
3362 Tennyson Ln, NW
Washington, DC 20015

John Herbeck
d/b/a ESJR
P.O. Box 21838
Marion, MD 21838

Elliott N. Lewis
111 N. Charles St., 7th Fl
Baltimore, MD 21201

                                           _____
                                               LB Walker