Entered: September 14th, 2022
Signed: September 14th, 2022
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:    Case No.: **19–21966 – LSS**    Chapter: **7**

**LB Walker**
Debtor

## ORDER REOPENING CASE
## TO PERMIT DEBTOR TO
## FILE AN ADVERSARY COMPLAINT AND TO REINSTATE AUTOMATIC STAY

Upon consideration of Debtor's motion to reopen the above–captioned case pursuant to 11 U.S.C. § 350(b) and Federal Bankruptcy Rule 5010, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted for the limited purpose of permitting Debtor to FILE AN ADVERSARY COMPLAINT AND TO REINSTATE AUTOMATIC STAY, and the Clerk shall reopen the case; and it is further

ORDERED, that if Debtor has not initiated such action by filing a pleading herein on or before thirty (30) days after this Order is entered, the Clerk shall close the case.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Janet M. Nesse
      U.S. Trustee
      Respondent Creditor –

**End of Order**

31x02 (rev. 10/02/1997) – ToddSukeena